# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 3, 2016

### NO. 03-14-00325-CV

**Luther W. Cobb, Sr., Appellant**

**v.**

**Marilene F. Cobb, Appellee**

### APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on February 18, 2014. Having

reviewed the record and the parties' arguments, the Court holds that there was no reversible error

in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because

appellant is indigent and unable to pay costs, no adjudication of costs is made.